JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG HOUGHTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY FRANCO, an individual,<br><br>Defendants. | Case No.: 2:23-cv-07145-MWF (JPRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 113). For good cause shown, the Stipulation is GRANTED. The Court ORDERS this action DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing his own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

1
**ORDER GRANTING STIPULATION OF DISMISSAL**